No. 78–1454. Trageser v. Libbie Rehabilitation Center, Inc., t/a Libbie Convalescent Home. C. A. 4th Cir. Certiorari denied. Mr. Justice Stewart and Mr. Justice Marshall would grant certiorari.

No. 78–1470. Lopez v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice White and Mr. Justice Marshall would grant certiorari.

No. 78–1688. City Council of the City of Philadelphia et al. v. Resident Advisory Board of Philadelphia et al. C. A. 3d Cir. Motion of respondent Nellie Reynolds for leave to proceed in forma pauperis granted. Certiorari denied.

No. 78–6699. Goodwin v. Hopper, Warden. Sup. Ct. Ga. Certiorari denied.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–385. Volpe et al. v. United States, 441 U. S. 930;

No. 78–1179. Grant et al. v. United States, 441 U. S. 931;

No. 78–1222. Western Communications, Inc. v. Federal Communications Commission et al., 441 U. S. 931; and

No. 78–1437. Gottesman et al. v. General Motors Corp. et al., 441 U. S. 932. Petitions for rehearing denied.